IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

BARBARA BURKHART,

PLAINTIFF,

vs.

CASE NO. 2:07-CV-61-WHA

LABORATORY CORPORATION OF
AMERICA and AETNA LIFE
INSURANCE COMPANY,

DEFENDANTS.

## COMPLAINT

Comes now the Plaintiff, Barbara Burkhart, and files this claim for monetary damages against the Defendants on account of the following:

1. This action arises under the EMPLOYEE RETIREMENT INCOME SECURITY ACT OF 1974 (ERISA), 29 USC Section 1001 et seq., and more particularly under 29 USC Section 1132(a)(1)(B) and Section 1132( c) of said Act. This Court has jurisdiction under 29 USC Section 1132(e).

2. The Plaintiff, Barbara Burkhart, is currently residing 4316 Liztame Drive, Montgomery, Alabama 36106 and is a qualified participant in the Laboratory Corporation of America Pension Plan, within the meaning of 29 USC § 1002(7) if ERISA.

3. The LabCorp Short Term Disability Plan provided by Defendant LabCorp, hereinafter cited as the Plan, is a qualified employee's pension or retirement benefits plan under Section 401 of the Internal Revenue Code of 1954, as amended, and an employee pension plan with the meaning of 29 USC Section 1002(2)(A) and Section 1002(35) and was adopted prior to the Plaintiff's employment with the employer, LabCorp.

4. Defendant, Laboratory Corporation of America, hereinafter referred to as LabCorp, is a corporation organized and existing under the laws of the State of Delaware, but was qualified to do business in the State of Alabama in 1989 and was, at all times pertinent hereto, engaged in business in the City of Montgomery, Montgomery County, Alabama. Defendant LabCorp is the plan administrator and fiduciary of the LabCorp Short Term Disability Plan and the Labcorp Long Term Disability Plan.

5. Defendant, Aetna Life Insurance Company, hereinafter referred to as Aetna, is a corporation organized and existing under the laws of the State of Delaware, but was engaged in business in the City of Montgomery, Montgomery County, Alabama, and is the benefit administrator and fiduciary of the Laboratory Corporation of America Pension Plan.

6. On or about the 1st day of January, 2003, Plaintiff Burkhart became employed by Defendant LabCorp hereinafter referred to as Employer, and remained continuously employed under the terms of the Pension Plan. The Plaintiff had been a long time employee of Alabama Reference Lab, prior to LabCorp's acquisition of it, and Plaintiff was vested with over ten years of service under Defendant LabCorp's Pension Plan.

7. Plaintiff went on approved medical leave on June 6, 2005 through September 30, 2005, at which time her leave of absence expired and she was terminated from her employment, effective October 1, 2005.

8. On or about the 6th day of June, 2005, the Plaintiff applied for disability benefits under the LabCorp Short Term Disability Plan, based upon the report of her treating physician, Dr. Larry W. Epperson, citing a history of lumbar disc disease, cervical fusion at C5-6 with spinal stenosis, and disc herniation at C4-5, and with a recent diagnosis of diabetes, hyperthyroidism, hyperlipidemia and hypertension. The Plaintiff's application was denied on October 1, 2005 by Aetna Life

Insurance Company, acting as the Claim Administrator for the Employer. Plaintiff appealed that denial and was notified by an Independent Review Committee on November 30, 2005, that her appeal was denied because she did not meet the definition of "disabled," as same applied to the Plan.

9. Benefits due are vested under the Plan and the Plaintiff has complied with all conditions in order to receive such disability benefits.

10. The Defendants erroneously interpreted plan provisions providing for disability benefits in denying the Plaintiff's eligibility for short term, and subsequently, long term, disability benefits.

11. The Defendants failed to consider evidence offered by the Plaintiff establishing short term disability and long term total and permanent disability, and failed to provide a fair and impartial examination and review, as required by the plan on appeal or review of a denial of benefits.

12. The Defendants failed to provide the Plaintiff with the opportunity for a full and fair review fo her claim and further failed to provide the necessary information required for adequate notice in violation of 29 USC Section 1133.

13. The above decision of the Appeal Committee of the Defendant Employer denying Plaintiff benefits due under the terms of the Pension Plan was arbitrary, capricious, not made in good faith, unsupported by substantial evidence, erroneous as a matter of law, and in violation of ERISA.

14. As the direct and proximate result of the actions of the Defendants, AETNA Life Insurance Company and LCA as fiduciary, the Plaintiff has been caused to incur attorneys fees in an amount currently not known to the Plaintiff.

15. As the direct and proximate result of the above Defendant' actions, the Plaintiff has lost benefits in an amount not known in full by the Plaintiff but upon belief and information such loss approximates the amount of the benefits due under the terms of the Pension Plan for each month since September 30, 2005, and the amount the Plaintiff will continue to sustain each month until the

benefits are paid in full.

WHEREFORE, the Plaintiff requests relief against the Defendants as follows:

1. An order for Defendants to pay to the Plaintiff all short term and long term disability benefits accrued and unpaid to the date of this judgment;

2. An order for the Defendants to designate the Plaintiff as an eligible participant under the terms of the policy and to pay the Plaintiff all future benefits due under the policy from the date of the judgment forward; and

3. Plaintiff be awarded attorneys fees and costs of this action.

And the Plaintiff prays for such other, further, different and general relief as may be proper.

_____
Stephen M. NeSmith (NES003)
**Attorney for Plaintiff Barbara Burkhart**

**Of Counsel:**

Riggs & NeSmith, P.A.
Post Office Box 1047
Montgomery, Alabama 36101-1047
Tel. (334) 834-6990
Fax (334) 834-4796
Email: riggsnesmithpa@yahoo.com