# United States District Court

__MIDDLE__ DISTRICT OF __ALABAMA__

Barbara Burkhart

v.

Laboratory Corporation of America and Aetna Life Insurance Company

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 2:07-CV-61-WHA

TO: (Name and Address of Defendant)

c/o: Aetna Life Insurance Company
Department of Insurance
Walter A. Bell, Commissioner
P.O. Box 303351
Montgomery, AL 36130-3351

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Stephen M. NeSmith
472 So. Lawrence St.
P.O. Box 1047 36101-1047
Montgomery, AL 36104

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

CLERK  _Debra P. Hackett_

DATE  _January 22, 2007_

BY DEPUTY CLERK  _[signature]_

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                  Date                         *Signature of Server*

_____
*Address of Server*

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ .78 | 2:07-61-WHA |
| Certified Fee | 2.40 | 1-22-07 |
| Return Reciept Fee (Endorsement Required) | 1.85 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | 3.45 | |
| Total Postage & Fees | $ 8.48 | |

Sent To Aetna Life Insurance Co.
Street, Apt. No.; c/o Department of Insurance
or PO Box No. P.O. Box 303351
City, State, ZIP+4 Montgomery, AL 36130-3351

7004 1160 0003 5811 3288

PS Form 3800, June 2002    See Reverse for Instructions

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# United States District Court

MIDDLE DISTRICT OF ALABAMA

Barbara Burkhart
v.
Laboratory Corporation of America and Aetna Life Insurance Company

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 2:07cv61-WHA

TO: (Name and Address of Defendant)
Laboratory Corporation of America
c/o CSC Lawyers Incorporation Svc Inc.
150 South Perry St.
Montgomery, AL 36104

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Stephen M. NeSmith
472 So. Lawrence St.
P.O. Box 1047 36101-1047
Montgomery, AL 36104

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Debra P. Hackett
CLERK

January 22, 2007
DATE

BY DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                Date                               *Signature of Server*

_____
*Address of Server*

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ .78 | 2:07cv61-WHA |
| Certified Fee | 2.40 | 1-22-07 |
| Return Reciept Fee (Endorsement Required) | 1.85 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | 3.45 | |
| Total Postage & Fees | $ 8.48 | |

7004 1160 0003 5811 3271

Sent To: Laboratory Corporation of America
Street, Apt. No.; or PO Box No.: CSC Lawyers Inc. Svc.
City, State, ZIP+4: 150 South Perry St. Montgomery, AL 36104

PS Form 3800, June 2002                    See Reverse for Instructions

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.