Burkhart

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: Laboratory Corporation of America
% CSC Lawyers Inc. Serv.
150 Perry St.
Montgomery, AL 36104

2:07cv61-WHA (Cmp/Sms 20 dys)

2. Article Number
(Transfer from service label)    7004 1160 0003 5811 3271

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X D Brown
☐ Agent
☐ Addressee

B. Received by (Printed Name): D Brown
C. Date of Delivery: 1/23/07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered    ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes