IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| BARBARA BURKHART, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO: |
| ) | 2:07-CV-00061-WHA |
| LABORATORY CORPORATION OF, ) | |
| AMERICA, INC., and AETNA LIFE ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| DEFENDANTS. ) | |

**LABORATORY CORPORATION OF AMERICA'S UNOPPOSED MOTION
FOR TWO WEEK EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Comes now Defendant, Laboratory Corporation of America ("LabCorp") and moves this Court for a two week extension of time from February 12, 2007 up to and including February 26, 2007, to respond to the Complaint served upon it. LabCorp requests this extension of time because it only recently has retained the undersigned and needs the additional time to prepare an appropriate response. In addition, the undersigned has contacted plaintiff's counsel and he has indicated that he has no opposition to this Motion.

                        s/ Michael L. Lucas
                        Michael L. Lucas (LUC004)

                        Attorney for Defendant
                        Laboratory Corporation of America

OF COUNSEL:
BURR & FORMAN LLP
3100 Wachovia Tower
420 North 20th Street
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

1542361

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 12, 2007, I electronically filed the foregoing Motion for Extension of Time To Respond with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Stephen McKay NeSmith
Riggs & Nesmith, P.A.
P.O. Box 1047
Montgomery, Alabama 36101-1047

Pamela Ann Moore
Alford, Clausen & McDonald, LLC
1 Saint Louis Street
Suite 5000
Mobile, Alabama 36602-3929

                              s/ Michael L. Lucas
                              OF COUNSEL