IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| BARBARA BURKHART, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO: |
| ) | 2:07-CV-00061-WHA |
| LABORATORY CORPORATION OF, ) | |
| AMERICA, INC., and AETNA LIFE ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| DEFENDANTS. ) | |

**DEFENDANT LABORATORY CORPORATION OF AMERICA'S
CORPORATE DISCLOSURE STATEMENT**

COMES NOW Defendant, Laboratory Corporation of America and submits it corporate disclosure statement as follows: Laboratory Corporation of America is a publicly traded corporation and no publicly held corporation owns 10% or more of its stock.

s/ Michael L. Lucas
Michael L. Lucas (LUC004)

Attorney for Defendant
Laboratory Corporation of America

**OF COUNSEL:**
BURR & FORMAN LLP
3100 Wachovia Tower
420 North 20th Street
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

1542363

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2007, I electronically filed the foregoing Corporate Disclosure Statement with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Stephen McKay NeSmith
Riggs & Nesmith, P.A.
P.O. Box 1047
Montgomery, Alabama 36101-1047

Pamela Ann Moore
Alford, Clausen & McDonald, LLC
1 Saint Louis Street
Suite 5000
Mobile, Alabama 36602-3929

                                          s/ Michael L. Lucas
                                          OF COUNSEL