IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| BARBARA BURKHART, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO: |
| | ) 2:07-CV-00061-WHA |
| LABORATORY CORPORATION OF, | ) |
| AMERICA, INC., and AETNA LIFE | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| DEFENDANTS. | ) |

## LABORATORY CORPORATION OF AMERICA'S UNOPPOSED MOTION FOR TWO WEEK EXTENSION OF TIME TO RESPOND TO COMPLAINT

Comes now Defendant, Laboratory Corporation of America ("LabCorp") and moves this Court for a two week extension of time from February 12, 2007 up to and including February 26, 2007, to respond to the Complaint served upon it. LabCorp requests this extension of time because it only recently has retained the undersigned and needs the additional time to prepare an appropriate response. In addition, the undersigned has contacted plaintiff's counsel and he has indicated that he has no opposition to this Motion.

                                                             s/ Michael L. Lucas
                                                             Michael L. Lucas (LUC004)

                                                             Attorney for Defendant
                                                             Laboratory Corporation of America

OF COUNSEL:
BURR & FORMAN LLP
3100 Wachovia Tower
420 North 20th Street
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

**MOTION GRANTED**

SO ORDERED
THIS 15th DAY OF _____, 200__

_____
UNITED STATES DISTRICT JUDGE

1542361