IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| BARBARA BURKHART, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO: |
| ) | 2:07-CV-00061-WHA |
| LABORATORY CORPORATION OF, ) | |
| AMERICA, INC., and AETNA LIFE ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| DEFENDANTS. ) | |

## MOTION TO WITHDRAW

**COMES NOW** the undersigned, Michael L. Lucas, and moves this Court to permit him to withdraw from representing defendant Laboratory Corporation of America, Inc., on the grounds that said defendant will be jointly represented with Aetna by the firm of Alford, Clausen & McDonald, LLC.

        s/ Michael L. Lucas_____
        Michael L. Lucas (LUC004)

        Attorney for Defendant
        Laboratory Corporation of America

OF COUNSEL:
BURR & FORMAN LLP
3100 Wachovia Tower
420 North 20th Street
Birmingham, Alabama  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

1544497

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 19, 2007, I electronically filed the foregoing Motion to Withdraw with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Stephen McKay NeSmith
Riggs & Nesmith, P.A.
P.O. Box 1047
Montgomery, Alabama 36101-1047

Pamela Ann Moore
Alford, Clausen & McDonald, LLC
1 Saint Louis Street
Suite 5000
Mobile, Alabama 36602-3929

                                            s/ Michael L. Lucas
                                            OF COUNSEL