IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BARBARA BURKHART, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:07cv061-WHA |
| ) | |
| LABORATORY CORPORATION OF ) | |
| AMERICA, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This case is before the court on the Motion to Withdraw (Doc. #8), filed on February 19, 2007. The court will withhold ruling on this motion until a written appearance has been filed by another attorney on behalf of the Defendant Laboratory Corporation of America, Inc. Until such time, Mr. Lucas will continue to be responsible for representation of that Defendant.

DONE this 20th day of February, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE