IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BARBARA BURKHART, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>LABORATORY CORPORATION OF )<br>AMERICA, et al., )<br>)<br>Defendants. ) | CIVIL ACTION NO. 2:07cv061-WHA |

**<u>ORDER</u>**

On February 12, 2007, the Defendant, Laboratory Corporation of America, moved for a two-week extension of time, from February 12, 2007 up to and including February 26, 2007, to respond to the Complaint (Doc. #5). The court entered an order granting the motion on February 15, 2007 (Doc. #7). On February 19, 2007, Michael L. Lucas filed a Motion to Withdraw as attorney for Laboratory Corporation of America, Inc., stating that that Defendant would be jointly represented with Aetna by the firm of Alford, Clausen & McDonald, LLC (Doc. #8). On February 20, 2007, the court entered an order stating that it would withhold ruling on the Motion to Withdraw until a written appearance has been filed by another attorney on behalf of the Defendant Laboratory Corporation of America, Inc., and that until such time, Mr. Lucas would continue to be responsible for representation of that Defendant (Doc. #9). On February 26, 2007, an Answer was filed on behalf of Aetna Life Insurance Company, but not on behalf of Laboratory Corporation of America, by Pamela A. Moore. Therefore, the extended deadline for Laboratory Corporation of America to respond to the Complaint has passed. Accordingly, it is hereby

ORDERED that a responsive pleading be filed on behalf of Laboratory Corporation of America **no later than Thursday, March 1, 2007**, or that Defendant will be subject to a motion for an entry of default.

DONE this 28th day of February, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE