IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| BARBARA BURKHART, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | CASE NO. 2:07-CV-61-WHA |
| | * | |
| LABORATORY CORPORATION OF | * | |
| AMERICA and AETNA LIFE | * | |
| INSURANCE COMPANY, | * | |
| | * | |
| Defendants. | * | |
| | * | |

## CORPORATE/CONFLICT DISCLOSURE STATEMENT

In accordance with the order of this Court, the undersigned party to the above-captioned matter does hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

There ☐ are no entities to be reported.

- or –

The following entities are hereby reported:

Aetna Life Insurance Company is wholly owned by Aetna Inc., a publicly held corporation.

Dated this 1st day of March, 2007.

                                                *s/Pamela A. Moore*_____
                                                PAMELA A. MOORE (MOORP5421)
                                                Attorney for Defendant
                                                Aetna Life Insurance Company

OF COUNSEL:

ALFORD, CLAUSEN & McDONALD, LLC
One St. Louis Centre, Suite 5000
Mobile, Alabama 36602
(251) 432-1600
(251) 432-1700 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2007, the foregoing document was electronically filed with the Clerk of this Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Stephen M. NeSmith, Esq. | Michael L. Lucas, Esq. |
| Riggs & NeSmith, P.A. | Burr & Forman, LLP |
| P. O. Box 1047 | 3100 Wachovia Tower |
| Montgomery, AL  36101-1047 | 420 N. 20th Street |
| | Birmingham, AL  35203 |

*s/Pamela A. Moore*_____
COUNSEL