IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| BARBARA BURKHART, | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | *   CASE NO. 2:07-CV-61-WHA |
| | * |
| LABORATORY CORPORATION OF | * |
| AMERICA and AETNA LIFE | * |
| INSURANCE COMPANY, | * |
| | * |
| Defendants. | * |

## NOTICE OF APPEARANCE

COME NOW, Pamela A. Moore and the law firm of Alford, Clausen & McDonald, LLC, and file a notice of appearance as counsel for defendant Laboratory Corporation of America.

Respectfully submitted,

*s/Pamela A. Moore*
PAMELA A. MOORE (MOORP5421)
Attorney for Defendants

OF COUNSEL:

ALFORD, CLAUSEN & McDONALD, LLC
One St. Louis Centre, Suite 5000
Mobile, Alabama 36602
(251) 432-1600
(251) 432-1700 (fax)

CERTIFICATE OF SERVICE

      I hereby certify that on March 2, 2007, the foregoing document was electronically filed with the Clerk of this Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Stephen M. NeSmith, Esq. | Michael L. Lucas, Esq. |
| Riggs & NeSmith, P.A. | Burr & Forman, LLP |
| P. O. Box 1047 | 3100 Wachovia Tower |
| Montgomery, AL  36101-1047 | 420 N. 20th Street |
| | Birmingham, AL  35203 |

                                              *s/Pamela A. Moore*_____
                                              COUNSEL