IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| BARBARA BURKHART, | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | *   CASE NO. 2:07-CV-61-WHA |
| | * |
| LABORATORY CORPORATION OF | * |
| AMERICA and AETNA LIFE | * |
| INSURANCE COMPANY, | * |
| | * |
| Defendants. | * |

**JOINT STIPULATION FOR DISMISSAL**
**OF LABORATORY CORPORATION OF AMERICA**

COME NOW, the parties and pursuant to Federal Rule of Civil Procedure 41, jointly move the Court to dismiss any and all claims asserted against defendant Laboratory Corporation of America by the plaintiff. This dismissal is to all claims and is without prejudice. Each party is to bear her/its own costs.

Dated this 2nd day of March, 2007.

*E-filed with the express permission of:*

*s/Stephen M. Nesmith*_____
STEPHEN M. NESMITH (#NES003)
Attorney for Plaintiff

OF COUNSEL

RIGGS & NESMITH, P.A.
P. O. Box 1047
Montgomery, AL  36101-1047
(334) 834-6990
(334) 834-4796 (facsimile)

            *s/Michael L. Lucas* _____
            MICHAEL L. LUCAS (LUC004)
            Attorney for Laboratory Corporation of America

OF COUNSEL:

BURR & FORMAN, LLP
3100 Wachovia Tower
420 N. 20th Street
Birmingham, AL  35203
(205) 251-3000
(205) 458-5100 (facsimile)

            *s/Pamela A. Moore*_____
            PAMELA A. MOORE (MOORP5421)
            Attorney for Aetna Life Insurance Company and
            Laboratory Corporation of America

OF COUNSEL:

ALFORD, CLAUSEN & McDONALD, LLC
One St. Louis Centre, Suite 5000
Mobile, Alabama  36602
(251) 432-1600
(251) 432-1700 (facsimile)