IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| BARBARA BURKHART, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | CASE NO. 2:07-CV-61-WHA |
| | * | |
| LABORATORY CORPORATION OF | * | |
| AMERICA and AETNA LIFE | * | |
| INSURANCE COMPANY, | * | |
| | * | |
| Defendants. | * | |

## NOTICE OF APPEARANCE

COMES NOW, Pamela A. Moore of the law firm of Alford, Clausen & McDonald, LLC, counsel for defendant, Aetna Life Insurance Company ("Aetna"), and files this notice of appearance requesting that Marcus T. Foxx of Alford, Clausen & McDonald, LLC be added as additional counsel of record for Aetna.

Respectfully submitted,

*s/ Pamela A. Moore*
PAMELA A. MOORE (MOORP5421)
MARCUS T. FOXX (FOXXM6742)
Attorneys for Aetna Life Insurance Company

OF COUNSEL:

ALFORD, CLAUSEN & McDONALD, LLC
One St. Louis Centre, Suite 5000
Mobile, Alabama  36602
(251) 432-1600
(251) 432-1700 (fax)

CERTIFICATE OF SERVICE

      I hereby certify that on March 12, 2007, the foregoing document was electronically filed with the Clerk of this Court using the CM/ECF system, which will send notification of such filing to the following:

Stephen M. NeSmith, Esq.
Riggs & NeSmith, P.A.
P. O. Box 1047
Montgomery, AL  36101-1047

      *s/Pamela A. Moore*_____
      COUNSEL