IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BARBARA BURKHART, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | CASE NO. 2:07-CV-61-WHA |
| | * | |
| LABORATORY CORPORATION OF | * | |
| AMERICA and AETNA LIFE | * | |
| INSURANCE COMPANY, | * | |
| | * | |
| Defendants. | * | |

**JOINT REPORT OF THE PARTIES' PLANNING MEETING**

1. Pursuant to Federal Rule of Civil Procedure 26(f), a meeting of the parties was held on March 15, 2007 and participating therein were Stephen M. NeSmith, Esq. for the Plaintiff and Pamela A. Moore, Esq. and Marcus T. Foxx, Esq. for Defendant Aetna Life Insurance Company ("Aetna").

2. <u>Pre-discovery Disclosures</u>: The parties will serve the information required by Federal Rule of Civil Procedure 26(a)(1) by April 16, 2007.

3. <u>Discovery Plan</u>: The parties jointly propose to the Court the following discovery plan:

    a. Discovery will be needed on the following subjects: the legal claims and damages raised in Plaintiff's Complaint as well as the issues raised in Aetna's response to the Complaint.

    b. Disclosure or discovery of electronically stored information should be handled as follows:

        1. The parties have discussed electronically stored information.

        2. The parties have stipulated that all copies of electronically stored information are upon information and belief true and correct reproductions of the originally stored information.

      3.      The parties have mutually agreed that the aforementioned documents will be produced in paper format versus electronic format in accordance with the applicable rules of civil procedure.

c.  All discovery commenced in time to be completed by October 10, 2007.

d.  Maximum of 30 interrogatories and requests for production, including sub-parts, by each party to any other party. Responses are due 30 days after service.

e.  Maximum of 30 requests for admission, including sub-parts, by each party to another party. Responses are due 30 days after service.

f.  Maximum of 5 depositions by Plaintiff and 5 depositions by Aetna.

g.  Each deposition shall be limited to a maximum of seven hours unless extended by agreement of the parties.

h.  Reports retained experts under Rule 26(a)(2) due:

    (1) From Plaintiff by August 10, 2007.
    (2) From Aetna by September 10, 2007.

i.  Supplementations under Rule 26(e) are due: October 10, 2007.

4. Other Items:

a.  The parties do not request a conference with the Court before entry of the scheduling order.

b.  The parties request a pretrial conference in February 2008.

c.  The parties should be allowed until July 10, 2007 to join additional parties and until July 24, 2007 to amend the pleadings.

d.  All potentially dispositive motions should be filed by no later than 90 days prior to the pretrial date (per this Court's Rule 26(f) Order).

e.  At this stage of the case, the parties are not in a position to determine whether settlement is possible or whether settlement may be enhanced by mediation, all of which cannot likely be evaluated prior to the close of discovery.

  f. Final lists of witnesses and exhibits under Rule 26(a)(3) should be due:

    (1) From Plaintiff by 30 days before trial.
    (2) From Aetna by 30 days before trial.

  g. Parties should have 14 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

  h. The case should be ready for trial by March 24, 2008 and is expected to take approximately three days.

Dated: March 15, 2007.

*E-filed with the express permission of:*

               *s/Stephen M. NeSmith*_____
               STEPHEN M. NESMITH (#NES003)
               Attorney for Plaintiff

OF COUNSEL

RIGGS & NESMITH, P.A.
P. O. Box 1047
Montgomery, Alabama  36101-1047
(334) 834-6990
(334) 834-4796 (facsimile)

               *s/Pamela A. Moore*_____
               PAMELA A. MOORE (MOORP5421)
               MARCUS T. FOXX (FOXXM6742)
               Attorneys for Aetna Life Insurance Company

OF COUNSEL:

ALFORD, CLAUSEN & McDONALD, LLC
One St. Louis Centre, Suite 5000
Mobile, Alabama  36602
(251) 432-1600
(251) 432-1700 (facsimile)