IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BARBARA BURKHART, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:07cv061-WHA |
| | ) | |
| LABORATORY CORPORATION OF | ) | |
| AMERICA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Upon consideration of Plaintiff's Motion for Permission to Amend Complaint (Doc. #21), filed on July 20, 2007, it is

ORDERED that the Defendants shall show cause, if any there be, **on or before July 31, 007** why the motion should not be granted. The motion will be taken under submission on that day for determination without oral hearing.

DONE this 24th day of July, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE