IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

BARBARA BURKHART,                        )
                                         )
            Plaintiff,                   )
                                         )
vs.                                      )     CIVIL ACTION NO. 2:07cv061-WHA
                                         )
AETNA LIFE INSURANCE COMPANY,            )
                                         )
            Defendant.                   )

**ORDER**

No objection having been filed to the Plaintiff's Motion for Permission to Amend

Complaint (Doc. #21), the motion is GRANTED, and it is hereby

ORDERED that the Plaintiff is given **until August 14, 2007**, to file an Amended

Complaint, complete unto itself, with no reference to the original Complaint, to include the

additional claim referred to in the motion.

DONE this 7th day of August, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE