IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BARBARA BURKHART, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:07cv061-WHA |
| ) | |
| AETNA LIFE INSURANCE COMPANY and ) | |
| LABORATORY CORPORATION OF ) | |
| AMERICA, ) | |
| ) | |
| Defendants. ) | |

**<u>ORDER</u>**

Upon an examination of the file in this case, the court notes as follows: On March 5, 2007, this case was dismissed without prejudice, pursuant to joint stipulation, against the Defendant Laboratory Corporation of America. On March 15, 2007, the parties, without Laboratory Corporation of America participating, filed a Report of Parties Planning Meeting, and a Uniform Scheduling Order was entered on March 20, 2007, setting this case for trial on March 24, 2008, and setting other deadlines. On August 14, 2007, by leave of court, the Plaintiff filed an Amended Complaint which named both Aetna Life Insurance Company and Laboratory Corporation of America as Defendants. On August 23, 2007, an Answer to the Amended Complaint was filed by Aetna Life Insurance Company. No answer or motion has been filed on behalf of Laboratory Corporation of America. The file does not disclose any service of the Amended Complaint on Laboratory Corporation of America, or any indication of acceptance of service on behalf of that Defendant. In view of the fact that a scheduling order is outstanding in this case, including a trial date and various deadlines, it is hereby

ORDERED that the Plaintiff is given **until September 4, 2007,** to perfect service on Laboratory Corporation of America.

DONE this 27th day of August, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE