IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **BARBARA BURKHART,** * | |
| * | |
| PLAINTIFF, * | |
| * | |
| vs. * | CASE NO. 2:07cv061-WHA |
| * | |
| **AETNA LIFE INSURANCE CO.,** * | |
| * | |
| DEFENDANT. * | |

**MOTION TO REINSTATE LABORATORY CORPORATION
OF AMERICA AS PARTY DEFENDANT**

Comes now the Plaintiff, Barbara Burkhart, and files this Motion to Reinstate Laboratory Corporation as a Party Defendant. In support of said Motion, the Plaintiff shows unto the Court as follows:

1. On or about the 19th day of January, 2007, the Plaintiff filed suit against Defendants Laboratory Corporation of America and Aetna Life Insurance Company. Service was perfected upon both Defendants.

2. On or about the 26th day of February, 2007, Honorable Attorney Pamela Moore of the law firm of Alford, Clausen & McDonald, LLC, of Mobile, Alabama, filed a Notice of Appearance as attorney of record for Defendant Aetna Life Insurance Company.

3. On or about the 28th day of February, 2007, Honorable Attorney Michael Lucas of the law firm of Burr & Forman, LLP, in Birmingham, Alabama, filed an answer on behalf of Defendant Laboratory Corporation of America.

3. On or about the 2nd day of March, Honorable Attorney Pamela Moore of the law firm of Alford, Clausen & McDonald, LLC, of Mobile, Alabama, filed a Notice of Appearance as attorney of record for Defendant Laboratory Corporation of America. Thereafter, Attorney Michael Lucas

filed a Motion to withdraw as said attorney for said Defendant.

4. After filing her appearance to represent Defendant Laboratory Corporation of America, Attorney Moore contacted Attorney NeSmith and advised him that all decisions concerning the denial of the Plaintiff's disability claims were made by Defendant Aetna, not Defendant Laboratory Corporation of America, and that all claims which could be exerted against Defendant Laboratory Corporation of America could and, rightfully should be brought only against Aetna. Attorney Moore asked Attorney NeSmith to dismiss Laboratory Corporation of America as a Defendant from the pending lawsuit.

5. Attorney NeSmith agreed to allow Laboratory Corporation of America as a party defendant, but only if said dismissal was without prejudice, reserving the right to allow the Plaintiff to reinstate said Defendant as a party defendant, should the need arise. The parties then filed a Joint Motion to Dismiss Laboratory Corporation of America as a party defendant, but without prejudice.

6. On or about the 14th day of August, 2007, the Plaintiff amended her complaint, adding a count for failure to provide copies of the ERISA plan to the Plaintiff after request. In response to the Amended Complaint, Counsel for Defendant Aetna filed an Answer to the Amended Complaint, contending that the amended claim rightfully should be exerted against Defendant Laboratory Corporation of America, rather than Defendant Aetna, claiming that Laboratory Corporation of America was the Plan Administrator who should have provided the plan to the Plaintiff, and not Aetna.

7. As the same attorneys and same law firm represented both Defendants, Defendant Laboratory Corporation of America would not be prejudiced by being reinstated into this action. And, as Defendant Laboratory Corporation of America has already filed an appearance in this case, said Defendant would not be prejudiced by this Court simply reinstating said Defendant into the

case, rather than requiring the Plaintiff to reserve Defendant Laboratory Corporation of America.

WHEREFORE, the Plaintiff prays this Court will reinstate Defendant Laboratory Corporation of America in this action as a party Defendant and excuse the Plaintiff from reserving said Defendant. In the alternative, should this Court decide that reinstating the Defendant into the action would be improper, then the Plaintiff prays the Court will allow her an additional ten days beyond the September 4, 2007, deadline to serve Defendant Laboratory Corporation of America. And the Plaintiff be awarded such other, further, different and general relief as may be proper.

       /s/    Stephen M. NeSmith
       **Stephen M. NeSmith (NES003)**
       **Attorney for Plaintiff Barbara Burkhart**

**Of Counsel:**

**Riggs & NeSmith, P.A.**
**Post Office Box 1047**
**Montgomery, Alabama 36101-1047**
**Tel. (334) 834-6990    Fax (334) 834-4796**
**Email: riggsnesmithpa@ yahoo.com**

## Certificate of Service

I hereby certify that I have served a copy of the foregoing Motion to Reinstate Defendant Laboratory Corporation of America as Party Defendant upon the following persons, by placing a copy of same in the U.S. Mail, postage prepaid, on this 31st day of August, 2007:

    Pamela A. Moore, Esq.
    Marcus T. Fox, Esq.
    ALFORD, CLAUSEN & McDONALD, LLC
    Attorneys for Defendants Aetna and Laboratory Corporation of America

One St. Louis Centre, Suite 5000
Montgomery, Alabama 36602


   /s/   **Stephen M. NeSmith**
**Of Counsel**