IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BARBARA BURKHART, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:07cv061-WHA |
| | ) |
| AETNA LIFE INSURANCE CO., | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of the Motion to Reinstate Laboratory Corporation of America as Party Defendant (Doc. #28), filed by the Plaintiff on August 31, 2007, it is hereby

ORDERED that the Defendant is given **until September 10, 2007**, to respond, at which time the motion will be taken under submission for determination without oral argument.

DONE this 5th day of September, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE