# United States District Court

MIDDLE DISTRICT OF ALABAMA

ALIAS
SUMMONS IN A CIVIL ACTION

Barbara Burkhart

v.

Laboratory Corporation of America and Aetna Life Insurance Company

CASE NUMBER: 2:07-cv-061-WHA

TO: (Name and Address of Defendant) LABORATORY CORP. OF AMERICA

CSC Lawyers Incorporation Svc Inc.
150 South Perry St.
Montgomery, AL 36104

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Stephen M. NeSmith
472 So. Lawrence St.
P.O. Box 1047 36101-1047
Montgomery, AL 36104

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

RETURNED AND FILED

SEP - 7 2007

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

Debra P. Hackett
CLERK

BY DEPUTY CLERK

DATE September 7, 2007

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] || DATE 9-7-07 |
| NAME OF SERVER (PRINT) Stephen M. NeSmith || TITLE Individual |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: Laboratory Corporation of America C/O CSC Lawyer's Incorporation Service, Inc., 150 So. Perry St., Montgomery, AL 36104

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: LAINE CLARK

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL None |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9/7/07
Date

Signature of Server

472 So. Lawrence St., Montgomery, AL 36104
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.