IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BARBARA BURKHART, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:07cv061-WHA |
| ) | |
| LABORATORY CORPORATION OF ) | |
| AMERICA and AETNA LIFE INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendants. ) | |

**<u>ORDER</u>**

This case is before the court on the Plaintiff's Motion to Reinstate Laboratory Corporation of America as Party Defendant (Doc. #28), together with Aetna Life Insurance Company's Opposition to Plaintiff's Motion to Reinstate Laboratory Corporation of America as Party Defendant, or Alternatively, Motion for Extension of Discovery and Continuance of Trial Setting (Doc. #32). Upon consideration, the court finds as follows:

Laboratory Corporation of America was included as a party defendant in the original Complaint in this case, but on March 5, 2007, the court entered an order dismissing the case without prejudice against Laboratory Corporation of America (Doc. #17), based on a Stipulation for Dismissal (Doc. #16) filed by the parties. This had the effect of taking that Defendant out of the case, but without prejudice to a subsequent suit being filed against it.

On August 14, 2007, the Plaintiff filed an Amended Complaint which included Laboratory Corporation of America as a defendant. The Plaintiff could have filed a separate suit against that defendant at that time, but elected to bring a new claim, not included in the original

Complaint, against it in this action. The effect of the filing of the Amended Complaint was to add a new party defendant at that time. "Reinstatement" would not be appropriate.

Although the Amended Complaint adding Laboratory Corporation of America and alleging a new cause of action against that Defendant was filed after the July 10, 2007, deadline for adding parties, contained in the Uniform Scheduling Order entered in this case, the court finds that judicial economy dictates that the Plaintiff be allowed to add Laboratory Corporation of America as of August 14, 2007, rather than requiring the filing of a new lawsuit, which would be related to this action and subject to consolidation.

The court further finds that the Uniform Scheduling Order was entered pursuant to a Report of Parties Planning Meeting filed at a time when Laboratory Corporation of America was not a party defendant and at a time when the new claim contained in the Amended Complaint had not been asserted. Therefore, both Aetna Life Insurance Company and the new Defendant, Laboratory Corporation of America, which has now been served with process, should be allowed additional time for trial preparation, and a new scheduling order should be entered.

For the reasons set out above, it is hereby ORDERED as follows:

1. Plaintiff's Motion to Reinstate Laboratory Corporation of America as Party Defendant is DENIED.

2. The addition of Laboratory Corporation of America as a party Defendant in this case is allowed, as of August 14, 2007.

3. Service of process on Laboratory Corporation of America on September 7, 2007, is found to be sufficient service.

    4.  Aetna Life Insurance Company's Motion for Extension of Discovery and Continuance of Trial Setting is GRANTED.

    5.  This case is RESET for trial during the term of court commencing August 11, 2008, with pretrial to be held on July 2, 2008.

    6.  The parties are DIRECTED to file, **no later than September 27, 2007**, an Amended Report of Parties Planning Meeting suggesting new deadlines consistent with the new pretrial and trial dates.

    DONE this 11th day of September, 2007.

                                       /s/ W. Harold Albritton
                                       W. HAROLD ALBRITTON
                                       SENIOR UNITED STATES DISTRICT JUDGE