IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BARBARA BURKHART, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | CASE NO. 2:07-CV-61-WHA |
| | * | |
| LABORATORY CORPORATION OF AMERICA and AETNA LIFE INSURANCE COMPANY, | * * * * | |
| Defendants. | * * | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Laboratory Corporation of America Holdings and in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐   This party is an individual, or

☐   This party is a governmental entity, or

[X]   There are no entities to be reported, or

☐   The following entities and their relationship to the party are hereby reported:

Reportable Entity                       Relationship to Party

_____          _____

_____          _____

_____          _____

*s/Pamela A. Moore*_____
PAMELA A. MOORE (MOORP5421)
MARCUS T. FOXX (FOXXM6742)
Attorneys for Laboratory Corporation of America Holdings

OF COUNSEL:

ALFORD, CLAUSEN & McDONALD, LLC
One St. Louis Centre, Suite 5000
Mobile, Alabama 36602
(251) 432-1600
(251) 432-1700 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2007, the foregoing document was electronically filed with the Clerk of this Court using the CM/ECF system, which will send notification of such filing to the following:

Stephen M. NeSmith, Esq.
Riggs & NeSmith, P.A.
P. O. Box 1047
Montgomery, Alabama 36101-1047

*s/Pamela A. Moore*_____
COUNSEL