IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__NORTHERN__ DIVISION

| | |
|---|---|
| BARBARA BURKHART, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 2:07cv061-WHA |
| v. ) | |
| ) | |
| LABORATORY CORPORATION OF AMERICA, ) | |
| ) | |
| Defendants, ) | |

RECEIVED
2007 DEC 17 A 8:37
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## CONFLICT DISCLOSURE STATEMENT

COMES NOW __BARBARA BURKHART__, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| NONE | |

12/15/2007
Date

/s/ Stephen M. NeSmith
(Signature)

Stephen M. NeSmith
(Counsel's Name)

Barbara Burkhart
Counsel for (print names of all parties)

P.O. Box 1047
Montgomery, Alabama 36101-1047
Address, City, State Zip Code

334-834-6990
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
___NORTHERN_____ DIVISION

## CERTIFICATE OF SERVICE

I, _Stephen M. NeSmith_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by _U.S. Mail_____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this _15th_____ day of _December_____ 20_07_, to:

Hon. Pamela Moore & Hon. Marcus Foxx

ALFORD, CLAUSEN & McDONALD, LLC

St. Louis Centre, Suite 5000

Mobile, Alabama 36602


12/15/2007                                              /s/ Stephen M. NeSmith
    Date                                                    Signature