IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BARBARA BURKHART, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:07cv061-WHA |
| | ) |
| AETNA LIFE INSURANCE CO., et al., | ) |
| | ) |
|     Defendants. | ) |

## **ORDER**

The Plaintiff's Motion for Summary Judgment (Doc. # 40), filed on April 3, 2008, will be deemed submitted to this Court on May 5, 2008, without oral argument. If any party desires oral argument, such party should so notify the Court and opposing counsel by May 5, 2008. If, after considering the parties' submissions, the Court finds oral argument is necessary, a hearing will be scheduled, and the parties will be notified of the date of the hearing.

Affidavits, briefs, depositions, or other documents which the Defendants wish to file in opposition to said motion shall be filed on or before April 28, 2008.

The Plaintiff shall have until May 5, 2008, to file any reply she wishes to file.

If a document, including a deposition, is to be considered on the issue of summary judgment, a party shall specifically designate which parts of the document are deemed relevant. The designation of parts of depositions shall be by page and line numbers. No parts of documents not so specifically designated will be considered.

DONE this 7th day of April, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE