IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

BARBARA BURKHART,  *
                   *
    Plaintiff,     *
                   *
vs.                *     NO. 2:07-CV-61-WHA
                   *
LABORATORY CORPORATION OF *
AMERICA and AETNA LIFE    *
INSURANCE COMPANY,        *
                   *
    Defendants.    *

**MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO
PLAINTIFF'S SUMMARY JUDGMENT MOTION**

COME NOW, Laboratory Corporation of America and Aetna Life Insurance Company ("Defendants") and move the Court for an extension of time to respond to Plaintiff's motion for summary judgment. In support of this motion, Defendants say as follows:

1.  The Court entered an order April 7, 2008 setting a deadline of April 28, 2008 for Defendants to file a response to the motion for summary judgment filed by Plaintiffs.

2.  Counsel for Defendants will be traveling on business for the remainder of this week and has not had an opportunity to finalize a response.

3.  Counsel for Defendants requests a seven (7) day extension of time to respond to Plaintiff's motion for summary judgment. If granted, the new date will be May 5, 2008.

4.  If the Court grants the motion, counsel for Defendants suggests that the deadline for Plaintiff to file a reply should be extended as well by the same period of time.

5.  Plaintiff will not be prejudiced by the extension sought by this motion.

**MOTION GRANTED**

SO ORDERED
THIS _____ DAY OF _____, 20__
_____
UNITED STATES DISTRICT JUDGE