IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BARBARA BURKHART, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | NO. 2:07-CV-61-WHA |
| | * | |
| LABORATORY CORPORATION OF | * | |
| AMERICA and AETNA LIFE | * | |
| INSURANCE COMPANY, | * | |
| | * | |
| Defendants. | * | |

## NOTICE OF WITHDRAWAL

COMES NOW, Pamela A. Moore and respectfully informs the Court of her withdrawal as counsel of record for Defendants, Laboratory Corporation of America and Aetna Life Insurance Company, in the above-referenced matter. This matter will continue to be handled by attorney James W. Lampkin of my former firm, Alford, Clausen & McDonald, LLC, and neither party will be prejudiced by my withdrawal.

s/Pamela A. Moore
PAMELA A. MOORE (MOORP5421)

## CERTIFICATE OF SERVICE

I hereby certify that on *April 22, 2008*, the foregoing document was electronically filed with the Clerk of this Court using the CM/ECF system which will send notification of such filing to the following:

Stephen M. NeSmith, Esq.
Riggs & NeSmith, P.A.
P. O. Box 1047
Montgomery, AL  36101-1047

James W. Lampkin II, Esq.
Alford, Clausen & McDonald, LLC
One St. Louis Center; Ste. 5000
Mobile, AL  36602

s/Pamela A. Moore
COUNSEL

**MOTION GRANTED**
SO ORDERED
THIS 23rd DAY OF April, 2008
UNITED STATES DISTRICT JUDGE