IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BARBARA BURKHART, | * |
| Plaintiff, | * |
| vs. | *   NO. 2:07-CV-61-WHA |
| LABORATORY CORPORATION OF AMERICA and AETNA LIFE INSURANCE COMPANY, | * |
| Defendants. | * |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Come now Plaintiff, Barbara Burkhart, Defendant Laboratory Corporation of America and Defendant Aetna Life Insurance Company and, pursuant to Fed. R. Civ. P. 41, jointly move the Court to dismiss this action with prejudice. In support of this motion, the parties say as follows:

1. The parties have reached an agreement to resolve any and all claims there were asserted or could have been asserted by Plaintiff against the Defendants;

2. The parties are in the process of finalizing the necessary settlement documents and exchanging the settlement funds to consummate the settlement;

3. The parties request that the Court enter an order dismissing the action with prejudice but retaining jurisdiction over the action to allow any party to file a motion the enforce the agreement within 30 days of the dismissal of the case.

WHEREFORE, premises considered, the parties move the Court to enter an order dismissing this case with prejudice subject to the right of any party to file a motion to enforce the agreement between the parties within 30 days of the entry of the order.

_____
STEPHEN M. NESMITH
Attorney for Barbara Burkhart

OF COUNSEL:

RIGGS & NESMITH, P.A.
P. O. Box 1047
Montgomery, Alabama 36101-1047

_____
JAMES W. LAMPKIN II (LAMPJ7474)
Attorney for Aetna Life Insurance Company and
Laboratory Corporation of America

OF COUNSEL:

ALFORD, CLAUSEN & McDONALD, LLC
One St. Louis Centre, Suite 5000
Mobile, Alabama 36602
(251) 432-1600
(251) 432-1700 (fax)

2